# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OSVALDO SANCHEZ,       )<br>    Plaintiff(s)           )<br>                              )<br>          v.                  )<br>                              )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration, )<br>    Defendant(s)          ) | CIVIL ACTION NO. 3:11-cv-30270-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Michael J. Astrue, Commissioner of Social Security Administration, against the plaintiff Osvaldo Sanchez, pursuant to the court's endorsed order entered this date, granting defendant's motion to dismiss.

                    **SARAH A. THORNTON**,
                    CLERK OF COURT

Dated:  June 25, 2012             By  /s/ *Maurice G. Lindsay*
                    Maurice G. Lindsay
                    Deputy Clerk

(Civil Judgment (SSA- Routine 4) for Defendant   .wpd - 11/98)
[jgm.]